IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CARLINE S. FORAKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:03cv470 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REVERSED** and **REMANDED** for a determination of Plaintiff's residual functional capacity and whether Plaintiff can perform work existing in significant numbers in the national economy;

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 27th day of March, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**